UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THELMA McBROOM,<br><br>                    Plaintiff,<br><br>     v.<br><br>DANIEL N. GORDON, P.C. and<br>ASSET ACCEPTANCE, LLC,<br><br>                    Defendants. | NO:  12-CV-0342-TOR<br><br>ORDER GRANTING VOLUNTARY<br>DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is Plaintiff's Notice of Dismissal (ECF No. 9). Plaintiff filed a notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) on August 24, 2012.  Because Defendants have neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case.  Fed. R. Civ. P. 41(a)(1)(A)(i).

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

All claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel and close the file.

**DATED** this 24th day of August, 2012.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2